No. 199. BURNET, COMMISSIONER OF INTERNAL REVENUE, *v.* HOUSTON. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. J. Louis Monarch, John G. Remey, W. Marvin Smith, Clarence M. Charest,* and *Allin H. Pierce* for petitioner. *Mr. Wm. Clark Mason* for respondent.

